AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>ALVIN GILLESPE,<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>) | Case No. 13-8094-DLB |

FILED by _____ D.C.
FEB 22 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 21, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a) and (b)(2) | Illegal re-entry |

This criminal complaint is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Chris Whitenton, DHS-HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 2-22-2013

_____
Judge's signature

City and state: West Palm Beach

U.S. Magistrate Judge Dave Lee Brannon
Printed name and title

## AFFIDAVIT

I, Christopher Whitenton, being duly sworn, depose and state as follows:

1. I am employed by the United States Department of Homeland Security, Homeland Security Investigations (HSI), and have been so employed since November 2006. I am currently assigned to the Office of the Assistant Special Agent in Charge in West Palm Beach, Florida.

2. As a Special Agent of Homeland Security Investigations, I have received 23 weeks of training at the Federal Law Enforcement Training Center, which included the application of Federal Statutes, Federal Court procedures, and the techniques required to insure the admissibility of evidence at trial. I have been a sworn Federal Special Agent with Homeland Security Investigations since May 2007. During the course of this employment, your affiant has been involved in the investigation of illegal immigration and the importation of narcotics.

3. I am familiar with the facts and circumstances surrounding this investigation as set forth herein, both from my own investigative efforts and from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to charge.

4. On or about February 21, 2013, at approximately 0900 hours, the U.S. Customs and Border Protection (CBP), Office of Air and Marine (OAM), West Palm Beach Marine Unit M797 responded to an inbound vessel of interest, approximately 7 nautical miles east of the Boynton Beach Inlet, that was tracked by OAM Miami Air Branch Dash-8

aircraft 7MR. The vessel, a cigarette style model bearing Florida registration FL5342EA, was tracked as it made landfall just south of Camino Real Blvd inside Boynton Beach Inlet. OAM Miami Air Branch Dash-8 aircraft 7MR observed multiple subjects exiting the vessel and entering into 2 separate vehicles. CBP West Palm Beach Marine Unit M797 coordinated with Boca Raton and Highland Beach Police Officers who subsequently stopped the vehicles leaving the scene and apprehended the vessel captain, both vehicle operators, and eight migrants. Among those were eight Brazilian Nationals, one Dominican National, one Cuban legal permanent resident, and one Jamaican National, Alvin GILLESPE, who was identified as an Aggravated-Felon Re-Entry. GILLESPE and the other subjects were transported to the U.S. Border Patrol Office in Riviera Beach for processing and interviewing.

5. I, along with other Special Agents from HSI, conducted interviews of all subjects. Indices checks regarding the migrants on board the vessel revealed GILLESPE was convicted in 1992 for felony unlawful use of a weapon, and in 1994 for felony possession of cocaine. In 1999 GILLESPE was ordered removed. In 2007, GILLESPE was back in the United States and convicted of felony possession of cocaine, and on 7/28/2011, GILLESPE was ordered removed to Jamaica.

6. After being advised of his *Miranda* rights, GILLESPE admitted in sum and substance that he had previously been deported, and that he knew that he was not allowed to come to the United States.

7. Based on the forgoing, I believe that there is probable cause that Alvin GILLESPE, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-

admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*[signature]*
CHRISTOPHER WHITENTON
SPECIAL AGENT
U.S. Department of Homeland Security,
Homeland Security Investigations

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 22nd DAY OF FEBRUARY 22, 2013 AT 028
WEST PALM BEACH, FLORIDA.

*[signature]*
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 13-8094-DLB

## BOND RECOMMENDATION

DEFENDANT: Alvin Gillespe

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Susan R. Osborne

Last Known Address: _____

What Facility: _____

Agent(s):   Chris Whitenton
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-8094-DLB

UNITED STATES OF AMERICA

vs.

ALVIN GILLESPE,
                    Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ___ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? ___ Yes  _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: *Susan R. Osborne* (signature)
Susan R. Osborne
Assistant United States Attorney
Court No. A5500797
500 South Australian Ave, Suite 400
West Palm Beach, Florida  33410
TEL (561) 209-1003